**VAN–117** Hearing Conference Worksheet – Rev. 07/10/2018

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

IN RE:
John Douglas Bailey Jr
1137 Rutledge Landing Drive
Knightdale, NC 27545

CASE NO.: 18–03328–5–DMW

DATE FILED: July 2, 2018

**Raleigh Division**

CHAPTER: 13

Candice Marie Bailey
  ( debtor has no known aliases )
1137 Rutledge Landing Drive
Knightdale, NC 27545

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*44* – Motion for Valuation of Collateral of Rutledge Landing Homeowners Association, Inc. filed by Travis Sasser on behalf of Candice Marie Bailey, John Douglas Bailey Jr (Sasser, Travis)

Travis Sasser
2000 Regency Parkway, Suite 230
Cary, NC 27518
(919) 319–7400

John F. Logan
Office Of The Chapter 13 Trustee
PO Box 61039
Raleigh, NC 27661–1039
919 876–1355

DATED: December 28, 2018

Ahronda Crossman