IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Case No. 5:19-cv-226 |
| ) | |
| JOHN DOUGLAS BAILEY, JR. and ) | |
| CANDICE MARIE BAILEY, ) | |
| ) | |
| Appellees. ) | |
| ) | |
| ) | |
| IN RE JOHN DOUGLAS BAILEY, JR. and ) | |
| CANDICE MARIE BAILEY ) | |
| ) | Case No. 18-bk-03328-5-DMW |
| Debtors. ) | |
| ) | |

**ORDER**

Upon the motion of the United States, any response or reply thereto, the entire record in this case, and for good cause shown, the Court hereby

ORDERS that the motion is GRANTED; and further

ORDERS that this appeal is DISMISSED AS MOOT; and further

ORDERS that the United States Bankruptcy Court for the Eastern District of North Carolina VACATE its earlier decision allowing the debtor's objection to the Internal Revenue Service's claim.

SO ORDERED.

Date: 11/21/19

_J. Dever_
The Honorable James C. Dever, III
United States District Judge

1