UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| JOHN DOUGLAS BAILEY and CANDICE MARIE BAILEY, | ) ) | No. 5:19-CV-226-D |
| | ) | |
| Appellees. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that this appeal is DISMISSED AS MOOT; and further ORDERS that the United States Bankruptcy Court for the Eastern District of North Carolina VACATE its earlier decision allowing the debtor's objection to the Internal Revenue Service's claim.

**This Judgment Filed and Entered on November 22, 2019, and Copies To:**

| | |
|---|---|
| Kyle L Bishop | (via CM/ECF electronic notification) |
| Travis Philip Sasser | (via CM/ECF electronic notification) |
| Michael Brandon Burnett | (via CM/ECF electronic notification) |

DATE  **PETER A. MOORE, JR., CLERK**

November 22, 2019    By:    /s/ Nicole Sellers
                                    Deputy Clerk