**SO ORDERED.**

**SIGNED this 9 day of December, 2019.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                                            CASE NO. 18-03328-5-DMW

JOHN DOUGLAS BAILEY, JR.
CANDICE MARIE BAILEY

                                                                    CHAPTER 13
            DEBTORS

### ORDER VACATING ORDER DATED MAY 24, 2019

This matter comes on to be heard upon the November 21, 2019 Order entered by the Honorable James C. Dever, III, United States District Judge ordering that the appeal of *United States of America v. John Douglas Bailey, Jr. and Candice Marie Bailey*, Case No. 5:19-cv-226 is dismissed as moot and directing this court to vacate its Order dated May 24, 2019 (DE 65) sustaining the objection to the claim of the Internal Revenue Service; now therefore,

It is ORDERED, ADJUDGED and DECREED that the Order dated May 24, 2019 (DE 65) be, and hereby is, vacated.

END OF DOCUMENT